# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orenstein, James | U.S. District Court, E.D.N.Y. | 05/17/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct professor | New York University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | New York University School of Law | $26,955.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Robert Jones | Tickets to Carnegie Hall concert & dinner | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education Direct Loan Servicing | Family member's student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Chase bank accounts (with Family Member #2) | A | Interest | K | T | Spinoff (from line 82) | 01/08/15 | K | | Transfer between accounts |
| 2. | | | | | Spinoff (from line 84) | 02/04/15 | K | | Transfer between accounts |
| 3. | | | | | Spinoff (from line 86) | 03/20/15 | K | | Transfer between accounts |
| 4. | | | | | Spinoff (from line 88) | 04/07/15 | L | | Transfer between accounts |
| 5. | | | | | Spinoff (from line 91) | 04/15/15 | L | | Transfer between accounts |
| 6. | | | | | Spinoff (from line 92) | 04/29/15 | J | | Transfer between accounts |
| 7. | | | | | Spinoff (from line 95) | 08/21/15 | K | | Transfer between accounts |
| 8. | | | | | Spinoff (from line 96) | 10/01/15 | J | | Transfer between accounts |
| 9. | | | | | Spinoff (from line 98) | 10/23/15 | K | | Transfer between accounts |
| 10. | | | | | Spinoff (from line 101) | 12/29/15 | K | | Transfer between accounts |
| 11.   IBM | A | Dividend | K | T | | | | | |
| 12.   Verizon | A | Dividend | J | T | | | | | |
| 13.   ▨ Family Real Estate Trust (as appraised on 11/12/2008) | | None | K | Q | | | | | |
| 14.   JO UBS ACCT (...12) | A | Dividend | J | T | | | | | |
| 15.   --UBS Bank USA Deposit Acct. | | None | J | T | | | | | |
| 16.   -- UNTS FT TGT VIP 4Q 13 | | None | | | Redeemed | 01/14/15 | J | A | |
| 17.   -- UNTS FT TGT VIP 1Q 15 | A | Dividend | J | T | Buy | 01/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed (part) | 12/15/15 | J | | Transfer between accounts |
| 19. JO UBS ACCT (...83) | | None | N | T | | | | | |
| 20. -- JPMorgan 529 Moderate Growth Portfolio Fund Class A | | None | N | T | | | | | |
| 21. JO UBS ROTH (...47) | E | Int./Div. | N | T | | | | | |
| 22. --UBS Bank USA Deposit Account | A | Interest | L | T | | | | | |
| 23. --Apple Inc | B | Dividend | | | Sold | 10/26/15 | L | F | See note, Part VIII |
| 24. --EMC Corp | A | Dividend | | | Sold | 04/13/15 | K | C | |
| 25. --Google Inc Class A | | None | | | Distributed | 10/02/15 | K | | See note, Part VIII |
| 26. --Google Inc Class C | | None | | | Distributed | 10/02/15 | K | | See note, Part VIII |
| 27. -- Alphabet Class A | | None | K | T | Spinoff (from line 25) | 10/02/15 | K | | See note, Part VIII |
| 28. -- Alphabet Class C | | None | K | T | Spinoff (from line 26) | 10/02/15 | K | | See note, Part VIII |
| 29. -- Biogen Inc. | | None | J | T | Buy | 04/14/15 | J | | |
| 30. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 31. -- Celgene Corp. | | None | J | T | Buy | 04/14/15 | J | | |
| 32. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 33. --Ishares Trust Core S&P Smallcap | A | Dividend | L | T | | | | | |
| 34. --SPDR S&P Midcap 400 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Fidelity Advisor New Insights Fund | B | Dividend | L | T | Buy (add'l) | 02/17/15 | J | | |
| 36. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 37. --Nuveen Quality Preferred Income Fund 2 | A | Dividend | J | T | | | | | |
| 38. --Nuveen Quality Preferred Income Fund | A | Dividend | J | T | | | | | |
| 39. --AB High Income Fund | C | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | See note, Part VIII |
| 40. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 41. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 42. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 43. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 44. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 45. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 46. | | | | | Sold (part) | 07/28/15 | J | | |
| 47. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 48. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 49. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 50. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 51. | | | | | Buy (add'l) | 12/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 53. --Putnam Diversified Income Trust | B | Dividend | K | T | | | | | |
| 54. -- Templeton Global Total Return Class A | B | Dividend | K | T | Sold (part) | 02/03/15 | J | | |
| 55. -- SPDR Gold Trust | | None | | | Sold | 07/30/15 | J | B | |
| 56. -- Invesco Balanced-Risk Allocation Fund A | B | Dividend | K | T | Buy (add'l) | 12/14/15 | J | | |
| 57. -- Nuveen Real Asset Income Fund Class A | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 58. --Putnam Absolute Return 500 | | None | | | Sold | 04/09/15 | J | A | |
| 59. -- Putnam Capital Spectrum A | B | Dividend | K | T | Buy (add'l) | 12/09/15 | J | | |
| 60. FAMILY #2 UBS ROTH (...48) | D | Dividend | M | T | | | | | |
| 61. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 62. -- American Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | Buy (add'l) | 12/23/15 | J | | |
| 63. -- American Funds New World Fund Cl A | A | Dividend | J | T | | | | | |
| 64. -- American Funds Smallcap World Fund Cl A | B | Dividend | K | T | Buy (add'l) | 12/23/15 | J | | |
| 65. -- American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | Buy (add'l) | 04/14/15 | J | | |
| 66. -- American Funds Growth Fund of America Cl A | B | Dividend | J | T | Buy (add'l) | 12/23/15 | J | | |
| 67. -- American Funds Income Fund of America Cl A | A | Dividend | K | | | | | | |
| 68. -- American Funds New Perspective Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- American Funds Washington Mutual Investors Fund Cl A | A | Dividend | K | T | Buy (add'l) | 12/21/15 | J | | |
| 70. -- American Funds American Balanced Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/22/15 | J | | |
| 71. -- Kern County CA Municipal Bond | | None | J | T | | | | | |
| 72. JO UBS ACCT (...29) | | None | N | T | | | | | |
| 73. -- CollegeAmerica 529 Bond Fund of America | | None | K | T | | | | | |
| 74. -- CollegeAmerica 529 Capital World Growth & Income Fund | | None | L | T | | | | | |
| 75. -- CollegeAmerica 529 Euro Pac Growth Fund | | None | K | T | | | | | |
| 76. -- CollegeAmerica 529 Growth Fund of America | | None | L | T | | | | | |
| 77. -- CollegeAmerica 529 Income Fund of America | | None | K | T | | | | | |
| 78. -- CollegeAmerica 529 New Perspective Fund | | None | K | T | | | | | |
| 79. -- CollegeAmerica 529 Smallcap World Fund | | None | K | T | | | | | |
| 80. -- CollegeAmerica 529 Washington Mutual Investors Fund | | None | L | T | | | | | |
| 81. JOINT UBS ACCT (...48) | B | Interest | P1 | T | Spinoff (from line 133) | 01/05/15 | K | | Transfer between accounts |
| 82. | | | | | Distributed (part) | 01/08/15 | K | | Transfer between accounts |
| 83. | | | | | Spinoff (from line 134) | 02/04/15 | K | | Transfer between accounts |
| 84. | | | | | Distributed (part) | 02/04/15 | K | | Transfer between accounts |
| 85. | | | | | Spinoff (from line 135) | 03/20/15 | K | | Transfer betweeen accounts |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 9 of 18

Name of Person Reporting

Orenstein, James

Date of Report

05/17/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Distributed (part) | 03/20/15 | K | | Transfer between accounts |
| 87. | | | | | Spinoff (from line 136) | 04/02/15 | J | | Transfer between accounts |
| 88. | | | | | Distributed (part) | 04/07/15 | L | | Transfer between accounts |
| 89. | | | | | Distributed (part) | 04/08/15 | J | | Transfer between accounts |
| 90. | | | | | Spinoff (from line 140) | 04/15/15 | K | | Transfer between accounts |
| 91. | | | | | Distributed (part) | 04/15/15 | L | | Transfer between accounts |
| 92. | | | | | Distributed (part) | 04/29/15 | J | | Transfer between accounts |
| 93. | | | | | Spinoff (from line 141) | 06/03/15 | J | | Transfer between accounts |
| 94. | | | | | Distributed (part) | 07/06/15 | K | | Transfer between accounts |
| 95. | | | | | Distributed (part) | 08/21/15 | K | | Transfer between accounts |
| 96. | | | | | Distributed (part) | 10/01/15 | J | | Transfer between accounts |
| 97. | | | | | Spinoff (from line 143) | 10/23/15 | K | | Transfer between accounts |
| 98. | | | | | Distributed (part) | 10/23/15 | K | | Transfer between accounts |
| 99. | | | | | Spinoff (from line 144) | 11/03/15 | K | | Transfer between accounts |
| 100. | | | | | Spinoff (from line 146) | 12/29/15 | K | | Transfer between accounts |
| 101. | | | | | Distributed (part) | 12/29/15 | K | | Transfer between accounts |
| 102. -- UBS Bank USA Dep Acct | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- UNTS FT TGT VIP 4Q 13 | | None | | | Redeemed | 01/14/15 | J | A | |
| 104. -- UNTS FT TGT VIP 1Q 15 | A | Dividend | J | T | Spinoff (from line 18) | 12/15/15 | J | | Transfer between accounts |
| 105. -- Sallie Mae Ednotes Callable | A | Interest | J | T | | | | | |
| 106. -- Oklahoma City OK Municipal Bond | | None | | | Redeemed | 07/01/15 | K | | |
| 107. -- Dry Creek CA Municipal Bond | | None | J | T | | | | | |
| 108. -- Yorba Linda CA Municipal Bond | | None | K | T | | | | | |
| 109. -- DC Washington Mandarin Hotel Municipal Bond | | None | K | T | | | | | |
| 110. -- Adams 12 Five Star Schs Colo Municipal Bond | | None | K | T | Sold (part) | 04/29/15 | J | A | |
| 111. -- New York City SR A Municipal Bond | | None | J | T | | | | | |
| 112. -- Brock Tex Indpt Sch Dst Municipal Bond | | None | K | T | | | | | |
| 113. -- Medina Valley TX Municipal Bond | | None | K | T | | | | | |
| 114. -- Utah Tran Auth Sales Tax Municipal Bond | | None | K | T | | | | | |
| 115. -- Lewisville TX Municipal Bonds | | None | | | Sold (part) | 04/07/15 | K | A | |
| 116. | | | | | Redeemed | 08/17/15 | J | A | |
| 117. -- Chicago IL Bd of Ed Municipal Bond | | None | K | T | | | | | |
| 118. -- Athens-Clarke County GA Municipal Bond | A | Interest | K | T | | | | | |
| 119. -- Monterey Peninsula CA Municipal Bond | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Chicago IL Lakefront Municipal Bond | | None | K | T | | | | | |
| 121. -- NJ Trans Trust Municipal Bonds | | None | M | T | | | | | |
| 122. -- Wentzville Mo Sch Municipal Bond | | None | L | T | | | | | |
| 123. -- St Johns Cnty FL Wtr Swr Sr B Municipal Bond | | None | K | T | | | | | |
| 124. -- Escondido CA UHSD Municipal Bond | | None | K | T | | | | | |
| 125. -- San Joaquin Delta Comnty Ser B Municipal Bond | | None | L | T | | | | | |
| 126. -- Denton TX Indep Sch Municipal Bond | | None | K | T | | | | | |
| 127. -- Mesquite TX ISD Municipal Bond | | None | K | T | | | | | |
| 128. -- Washington St Mtr Vehicl Municipal Bond | | None | | | Sold | 04/07/15 | L | D | |
| 129. -- Ennis TX Indpt Sch Dst Municipal Bond | | None | J | T | | | | | |
| 130. -- Evergreen CA Elem Sch Dist Municipal Bond | | None | | | Sold | 05/29/15 | K | B | |
| 131. -- John Hancock New York Venture Annuity | | None | N | T | | | | | |
| 132. -- Lincoln Life Moneyguard Reserve | | None | L | T | | | | | |
| 133. JOINT UBS ACCT (...49) | F | Int./Div. | P1 | T | Distributed (part) | 01/05/15 | K | | Transfer between accounts |
| 134. | | | | | Distributed (part) | 02/04/15 | K | | Transfer between accounts |
| 135. | | | | | Distributed (part) | 03/20/15 | K | | Transfer between accounts |
| 136. | | | | | Distributed (part) | 04/02/15 | J | | Transfer between accounts |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Spinoff (from line 89) | 04/08/15 | J | | Transfer between accounts |
| 138. | | | | | Distributed (part) | 04/08/15 | J | | Transfer between accounts |
| 139. | | | | | Distributed (part) | 04/08/15 | J | | Transfer between accounts |
| 140. | | | | | Distributed (part) | 04/15/15 | K | | Transfer between accounts |
| 141. | | | | | Distributed (part) | 06/03/15 | J | | Transfer between accounts |
| 142. | | | | | Spinoff (from line 94) | 07/06/15 | K | | Transfer between accounts |
| 143. | | | | | Distributed (part) | 10/23/15 | K | | Transfer between accounts |
| 144. | | | | | Distributed (part) | 11/03/15 | K | | Transfer between accounts |
| 145. | | | | | Distributed (part) | 12/16/15 | K | | Transfer between accounts |
| 146. | | | | | Distributed (part) | 12/29/15 | K | | Transfer between accounts |
| 147. -- UBS Bank USA Dep Acct | A | Int./Div. | M | T | | | | | |
| 148. -- Apple Computer Inc | B | Dividend | | | Sold (part) | 04/15/15 | K | D | |
| 149. | | | | | Sold | 10/26/15 | M | | See note, Part VIII |
| 150. -- AT&T Inc | B | Dividend | K | T | Sold (part) | 04/08/15 | J | B | |
| 151. | | | | | Sold (part) | 04/15/15 | J | B | |
| 152. -- Centurylink Inc | A | Dividend | | | Sold | 03/20/15 | K | C | |
| 153. -- Kinder Morgan Inc | B | Dividend | | | Sold | 12/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Lorillard Inc | B | Dividend | | | Buy (add'l) | 03/10/15 | J | | |
| 155. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 156. | | | | | Distributed | 06/12/15 | K | | See note, Part VIII |
| 157. -- Reynolds Amern Inc. | A | Dividend | K | T | Spinoff (from line 156) | 06/12/15 | K | | See note, Part VIII |
| 158. -- Salesforce.com Inc | | None | K | T | | | | | |
| 159. -- Mainstay Cushing MLP Premier Fund | C | Dividend | | | Buy (add'l) | 01/26/15 | J | | |
| 160. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 161. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 162. | | | | | Buy (add'l) | 10/26/15 | J | | |
| 163. | | | | | Sold | 12/14/15 | K | | |
| 164. -- Fidelity Advisor Biotechnology Fund | B | Dividend | K | T | Buy (add'l) | 09/14/15 | J | | |
| 165. -- Fidelity Advisor New Insights Fund Cl A | C | Dividend | L | T | Buy (add'l) | 02/17/15 | J | | |
| 166. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 167. -- Henderson Global Equity Income Fund Cl A | C | Dividend | L | T | Buy (add'l) | 01/26/15 | J | | |
| 168. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 169. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 170. | | | | | Buy (add'l) | 04/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 172. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 173. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 174. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 175. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 176. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 177. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 178. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 179. -- Hennessy Cornerstone Growth Fund Institutional Class | A | Dividend | L | T | | | | | |
| 180. -- JP Morgan U.S. Large Cap Core Plus Fund A | C | Dividend | L | T | Buy (add'l) | 12/14/15 | J | | |
| 181. -- Neuberger Berman Equity Income Fund Class A | D | Dividend | M | T | Buy (add'l) | 03/25/15 | J | | |
| 182. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 183. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 184. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 185. -- Neuberger Berman Intrinsic Value Fund Class A | C | Dividend | L | T | Buy (add'l) | 12/18/15 | J | | |
| 186. -- Oakmark Fund Class I | A | Dividend | L | T | Buy (add'l) | 12/18/15 | J | | |
| 187. -- Oppenheimer Developing Markets Fund Cl A | A | Dividend | | | Sold | 12/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Aberdeen Global High Income Fund Class A | B | Dividend | | | Buy (add'l) | 01/20/15 | K | | |
| 189. | | | | | Buy (add'l) | 01/30/15 | K | | |
| 190. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 191. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 192. | | | | | Sold | 12/14/15 | K | | |
| 193. -- Salient MLP Energy Infrastructure II Class I | | None | L | T | Buy | 12/14/15 | L | | |
| 194. -- Virtus Emerging Markets Opportunities Fund Class I | A | Dividend | K | T | Buy | 12/14/15 | K | | |
| 195. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 196. -- Deutsche Floating Rate Fund Class S | B | Dividend | K | T | Buy (add'l) | 01/20/15 | K | | |
| 197. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 198. -- Loomis Sayles Strategic Income Fund Class A | B | Dividend | K | T | Buy (add'l) | 12/14/15 | K | | |
| 199. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 200. -- Lord Abbett Floating Rate Fund | B | Dividend | K | T | Sold (part) | 04/13/15 | J | | |
| 201. -- Mainstay High Yield Opportunity Class A | B | Dividend | | | Buy (add'l) | 01/20/15 | K | | |
| 202. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 203. | | | | | Sold | 12/14/15 | K | | |
| 204. -- Gateway Fund Class Y | A | Dividend | L | T | Buy (add'l) | 06/26/15 | J | | See note, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 18

Name of Person Reporting

Orenstein, James

Date of Report

05/17/2016

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 12/14/15 | K | | |
| 206. -- Mainstay Marketfield Fund Class I | | None | | | Sold | 02/03/15 | K | | |
| 207. -- Neuberger Berman Long Short Fund Class A | A | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 208. -- First Eagle Global Fund Class A | B | Dividend | L | T | Sold (part) | 04/13/15 | J | B | |
| 209. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 210. -- Putnam Capital Spectrum Fund Class Y | C | Dividend | | | Buy (add'l) | 12/01/15 | J | | |
| 211. | | | | | Sold | 12/14/15 | L | | |
| 212. ▮/FAMILY #3 UBS ACCT (.▮) | B | Dividend | K | T | | | | | |
| 213. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 214. -- Amer Funds Capital World Growth & Income Fund Cl A | B | Dividend | K | T | Buy (add'l) | 06/18/15 | J | | |
| 215. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 216. ▮FAMILY #4 UBS ACCT (▮) | B | Dividend | K | T | | | | | |
| 217. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 218. -- Amer Funds Capital World Growth & Income Fund Cl A | B | Dividend | K | T | Buy (add'l) | 06/18/15 | J | | |
| 219. | | | | | Buy (add'l) | 12/23/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, generally: For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank.

Part VII, line 13: The valuation of my share of the ▮▮▮▮▮ Family Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

Part VII, lines 23, 149: Certificate of divestiture in accordance with 26 U.S.C. Sec. 1043 issued on October 21, 2015.

Part VII, lines 25-28: I had previously reported my holdings of Google, Inc. in one line. Google split the holding into two classes and renamed itself as Apple on October 2, 2015.

Part VII, lines 39-52: The asset now reported as "AB High Income Fund" was formerly reported as "Alliance Bernstein High Income Fund." The name change was first reflected on my account statement in March 2015.

Part VII, lines 73-80: I had previously reported these assets by the individual fund names. Starting in January 2015, my account statements preceded each fund name with "CollegeAmerica 529" and I am therefore reporting them that way. There was no transfer involved with the name changes.

Part VII, lines 156-57: I acquired the Reynolds Amern Inc. shares in exchange for my shares of Lorillard, Inc. as the result of a corporate merger.

Part VII, line 204: The asset now reported as "Gateway Fund Class Y" was formerly reported as "Gateway Fund Class A." The name change was first reflected on my account statement in January 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544